**FILED**
04/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Sherrod Coles  Petitioner        2:23-cv-00168-JRS-MG

VS                               Motion 2241

T. Rule         Respondent

I am currently a prisoner at Terre Haute Fedral Correctional Institution. I am filing this motion on my behalf due to I am short on time and unable to exhaust all remedies to recieve all of my 90 day's or more time credit, I am requesting that my time credit be given to me on behalf of the First Step Act Law my current out date is 10/17/2023

print Sherrod Coles
Sign Sherrod Coles
Date 3/29/23